# United States Court of Appeals
# for the Fifth Circuit

No. 22-10439
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 14, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ivan Valentin Lomas Navarro,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-413-8

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Ivan Valentin Lomas Navarro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lomas Navarro has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10439

therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.